23-2817-00-7

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DANIEL WILKIE, )
            ) JUDGE CASTILLO
   Plaintiff, ) No. 03C 1578
            )
v.          ) Judge
            ) MAGISTRATE JUDGE MASON
WALTER KIDDE PORTABLE EQUIPMENT, ) (Removal of Case 03 L 001211
INC. d/b/a KIDDE SAFETY, ) filed in the Circuit Court of
            ) Cook County, Law Division)
   Defendant. )

## NOTICE OF FILING

**DOCKETED**
MAR 0 5 2003

TO: Devon C. Bruce
POWER ROGERS & SMITH, P.C.
70 W. Madison St., Suite 5500
Chicago, IL 60602

PLEASE TAKE NOTICE that on the 4th day of March, 2003, we filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, Defendant's Notice of Removal, a copy of which is attached hereto and herewith served upon you.

_____
BRIAN E. DEVILLING

DOMINICK W. SAVAIANO
BRIAN E. DEVILLING
CLAUSEN MILLER P.C.
10 South LaSalle Street
Chicago, Illinois 60603-1098
312/855-1010
Attorneys for Defendant Walter Kidde Portable Equipment, Inc. d/b/a Kidde Safety

818397.1

STATE OF ILLINOIS)
                 ) SS
COUNTY OF C O O K)

### AFFIDAVIT OF SERVICE

Brian E. Devilling, after being duly sworn, deposes and says that he served this Notice of Filing, together with a copy of the document therein referred, by mailing a copy to the attorneys to whom this Notice is directed, to the parties indicated below by First Class mail, postage prepaid, at 10 South LaSalle Street, Chicago, Illinois at 5:00 P.M. on the 4th day of March, 2003.

        Devon C. Bruce
        POWER ROGERS & SMITH, P.C.
        70 W. Madison St., Suite 5500
        Chicago, IL 60602

_____

Subscribed and sworn to before
me this 4 day of March, 2003.

_____
Notary Public

"OFFICIAL SEAL"
Marylou F Guthrie
Notary Public, State of Illinois
My Commission Expires Aug. 10, 2003

818397.1

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DANIEL WILKIE, | ) | **JUDGE CASTILLO** |
| Plaintiff, | ) | No. 03C 1578 |
| v. | ) | Judge: **MAGISTRATE JUDGE MASON** |
| | ) | |
| WALTER KIDDE PORTABLE | ) | |
| EQUIPMENT, INC. d/b/a KIDDE | ) | (Removal of Case No. 03 L 001211 filed in |
| SAFETY, | ) | the Circuit Court of Cook County, Law |
| | ) | Division) |
| Defendant. | ) | **DOCKETED** |
| | ) | MAR 0 5 2003 |

### NOTICE OF REMOVAL

NOW COMES the Defendant, WALTER KIDDE PORTABLE EQUIPMENT, INC. (KIDDE), a British corporation, by and through its attorneys, DOMINICK W. SAVAIANO, BRIAN E. DEVILLING, and CLAUSEN MILLER, P.C. and pursuant to 28 U.S.C. §§1441 et seq., hereby files its Notice of Removal of the instant action based on the diversity of citizenship between the Plaintiff and the Defendant and because the amount in controversy exceeds $75,000, exclusive of costs and interest. In support of its Notice, the Defendant states as follows:

1. Plaintiff filed his Complaint at Law in the Circuit Court of Cook County on January 29, 2003. (Attached as Exhibit A) Defendant KIDDE was served with the Complaint on February 5, 2003. Defendant KIDDE received a stipulation from Defendant on March 3, 2003 that the amount in controversy in the present case exceeds $75,000. (Attached as Exhibit B)

2. In his Complaint, Plaintiff alleges that KIDDE negligently manufactured and designed a fire extinguisher that allegedly exploded and injured Plaintiff.

3. Based upon information and belief of this Defendant, Plaintiff, DANIEL WILKE, is

a resident of Illinois.

4. The Defendant is a British corporation with its principal place of business in North Carolina.

5. According to 28 U.S.C. §1441, any civil action brought in a state court of which the District Courts of the United States have original jurisdiction, may be removed by the Defendant to the District Courts of the United States for the district and division embracing the place where such action is pending. 28 U.S.C. §1441(a).

6. Furthermore, the District Court shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and cost, and is between citizens of different states. 28 U.S.C. §1332(a).

7. Normally, a federal court determines the amount in controversy by merely looking to the demand in the plaintiff's complaint. *Shaw v. Dow Brands, Inc.*, 994 F.2d 364, 366 (7th Cir. 1994). The Illinois Rules of Civil Procedure, however, prevent a plaintiff from specifying an exact amount of damages, permitting plaintiffs only to state an amount in excess of limits established by local court rule. 735 I.L.C.S. § 5/2-604 (West 2002); *Shaw*, 994 F.2d at 366. Thus, courts also examine the remainder of the allegations in the complaint and the record as a whole to determine whether the amount in controversy exceeds $75,000. See e.g. *Chase v. Shop 'N Save Warehouse Foods, Inc.*, 110 F.3d 424, 429 (7th Cir. 1997). Courts will also consider stipulations as to the amount in controversy. *Shaw*, 994 F.2d at 367.

7. Counsel for Plaintiff in the present case has stipulated that the amount in controversy exceeds $75,000. (See Exhibit B).

8. Furthermore, the severity of the injuries alleged and the number of bases on which

0698097.01

- 2 -

Plaintiff seeks recovery strongly indicate that the amount in controversy in the present case far exceeds $75,000. Plaintiff alleges that he was "badly" injured and suffered a "severe" injury to his right eye. (See Complaint, ¶ 9). Plaintiff seeks recovery on ten different bases, including (1) past pain and suffering; (2) future pain and suffering; (3) disfigurement; (4) disability; (5) loss of wages; (6) loss of the capacity to earn a living; (7) past medical expenses; (8) future medical expenses; (9) past rehabilitation expenses; and (10) future rehabilitation expenses. (See Complaint, ¶ 11).

9. In *Chase v. Shop 'N Save Warehouse Foods, Inc.*, 110 F.3d 424, 425 (7th Cir. 1997), this Court granted removal of a personal injury case, despite the fact that the complaint did not state a specific amount in controversy exceeding the jurisdictional requirement. The court reasoned that the complaint contained an extensive list of damages, "including future medical treatment and disability care, future pain and suffering, future mental anguish, loss of past wages and impairment of future earning capacity." *Id.* Based on the nature of the damages sought, the court concluded that the amount in controversy exceeded $75,000. *Id.* Plaintiff in the present case seeks damages similar in nature and extent to those at issue in *Chase*, indicating that the amount in controversy exceeds $75,000.

10. Given the diversity of citizenship between the Plaintiff and Defendant and that the amount in controversy as alleged by Plaintiff exceeds $75,000, subject matter jurisdiction exists in this Court pursuant to 28 U.S.C. §1332.

11. Pursuant to 28 U.S.C.A. § 1446(b), this Petition has been filed within 30 days after the Defendant received service of the Complaint on February 5, 2003, and within 30 days after the Defendant received Plaintiff's stipulation as to the amount in controversy on March 3, 2003.

12. Copies of this Notice of Removal have been filed with the Circuit Court of Cook

County, Illinois and mailed to Plaintiff.

13. Pursuant to Local Rule 81.2 of the United States District Court for the Northern District of Illinois, Defendant has attached an affidavit stating its good faith belief that the amount in controversy exceeds $75,000 (Attached as Exhibit C), and has attached an admission by Plaintiff that the amount in controversy exceeds $75,000. (See Exhibit B)

WHEREFORE, pursuant to 28 U.S.C. §§ 1441 et. seq., this Defendant hereby notifies all relevant parties that further proceedings in the Circuit Court of Cook County, Illinois are discontinued and that the suit is removed to the United States District Court for the Northern District of Illinois.

DATED this 4th day of March, 2003

BRIAN E. DEVILLING
CLAUSEN MILLER, P.C.

DOMINICK W. SAVAIANO
BRIAN E. DEVILLING
CLAUSEN MILLER P.C.
10 South LaSalle Street
Chicago, Illinois 60603
(312) 855-1010
*Attorneys for Defendant, **WALTER KIDDE PORTABLE EQUIPMENT, INC. d/b/a KIDDE SAFETY.***

## APPENDIX

Exhibit A    Plaintiff's Complaint

Exhibit B    Plaintiff's Stipulation as to Amount in Controversy

Exhibit C    Defendant's Statement of Good Faith Belief as to Amount in Controversy

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

DANIEL WILKE,

    Plaintiff,

v.

WALTER KIDDE PORTABLE
EQUIPMENT, INC. d/b/a KIDDE
SAFETY,

    Defendant.

NO. 03L 001211
CALENDAR B
PRODUCT LIABILITY

JURY DEMAND

## COMPLAINT AT LAW

### COUNT I
### (Negligence - KIDDE)

NOW COMES the Plaintiff, DANIEL WILKE (hereinafter "WILKE"), by and through his attorneys, POWER ROGERS & SMITH, P.C. and complaining of the Defendant, WALTER KIDDE PORTABLE EQUIPMENT, INC. d/b/a KIDDE SAFETY (hereinafter "KIDDE"), pleading hypothetically and in the alternative states:

1. On and prior to August 1, 2001, KIDDE was a corporation doing business in the State of Illinois.

2. On and prior to August 1, 2001, KIDDE was a corporation in the business of manufacturing and distributing home safety products.

3. On and prior to August 1, 2001 KIDDE manufactured fire extinguishers. Specifically, KIDDE manufactured and sold fire extinguishers commonly known as Fireaway Industrial 460.

EXHIBIT A

4. Prior to August 1, 2001, KIDDE manufactured and sold a fire extinguisher Fireaway Industrial 460 model # FA460H D-2.

5. Prior to August 1, 2001, KIDDE, manufactured, inspected and tested the aforesaid fire extinguisher prior to introducing it into the stream of commerce.

6. On August 8, 2001, the aforesaid fire extinguisher was in the same condition at the time it left the control of the defendant.

7. On August 8, 2001, WILKE was located at North Riverside Mall, Cook County, State of Illinois.

8. On August 8, 2001, while WILKE was located at the aforesaid location, the Fireaway Industrial 460 Model #FA460HD-2 exploded.

9. On August 8, 2001, as a direct result of the explosion, WILKE was badly injured including but not limited to a severe injury to his right eye.

10. On and prior to August 8, 2001, KIDDE was negligent in one or more of the following respects:

    a. Failed to manufacture a safe fire extinguisher that does not explode during normal use;

    b. Failed to inspect and test the fire extinguisher at issue prior to introducing it into the stream of commerce;

    c. Failed to prevent an unreasonably dangerous fire extinguisher from being introduced in the stream of commerce.

    d. Failed to properly design, manufacture, distirubute and sell a fire extinguisher which was safe for its intended use.



11. As a direct and proximate result of one or more of the foregoing negligent acts and/or omissions of defendant KIDDE, WILKE was injured; has experienced and will in the future experience pain and suffering; has become disfigured and disabled; has suffered a loss of wages; has been damaged in his capacity to earn a living; and has incurred and will in the future incur sums for medical and rehabilitative care.

WHEREFORE, plaintiff, DANIEL WILKE, by and through his attorneys, POWER ROGERS & SMITH, P.C., demands judgment against the Defendant, WALTER KIDDE PORTABLE EQUIPMENT, INC. d/b/a KIDDE SAFETY, an Illinois corporation, in an amount in excess of FIFTY THOUSAND DOLLARS ($50,000.00), plus costs of this suit, which shall represent fair and just compensation.

## COUNT II

### (Strict Liability - KIDDE.)

NOW COMES the Plaintiff, DANIEL WILKE (hereinafter "WILKE"), by and through his attorneys, POWER ROGERS & SMITH, P.C. and complaining of the Defendant, WALTER KIDDE PORTABLE EQUIPMENT, INC. d/b/a KIDDE SAFETY (hereinafter "KIDDE"), pleading hypothetically and in the alternative states:

1. On and prior to August 1, 2001, KIDDE was a corporation doing business in the State of Illinois.

2. On and prior to August 1, 2001, KIDDE was a corporation in the business of manufacturing and distributing home safety products.

3. On and prior to August 1, 2001 KIDDE manufactured fire extinguishers. Specifically, KIDDE manufactured and sold fire extinguishers commonly known as Fireaway Industrial 460.

4. Prior to August 1, 2001, KIDDE manufactured and sold a fire extinguisher Fireaway Industrial 460 model # FA460H D-2.

5. Prior to August 1, 2001, KIDDE, manufactured, inspected and tested the aforesaid fire extinguisher prior to introducing it into the stream of commerce.

6. On August 8, 2001, the aforesaid fire extinguisher was in the same condition at the time it left the control of the defendant.

7. On August 8, 2001, WILKE was located at North Riverside Mall, Cook County, State of Illinois.

4

8. On August 8, 2001, while WILKE was located at the aforesaid location, the Fireaway Industrial 460 Model #FA460HD-2 exploded.

9. On August 8, 2001, as a direct result of the explosion, WILKE was badly injured including but not limited to a severe injury to his right eye.

10. That the aforesaid fire extinguisher, was unreasonably dangerous at the time that it left KIDDE's control.

11. That as a direct and proximate result of the unreasonable dangerous condition, WILKE was injured and suffered economic and non-economic damages.

WHEREFORE, plaintiff, DANIEL WILKE, by and through his attorneys, POWER ROGERS & SMITH, P.C., demands judgment against the Defendant, WALTER KIDDE PORTABLE EQUIPMENT, INC. d/b/a KIDDE SAFETY, an Illinois corporation, in an amount in excess of FIFTY THOUSAND DOLLARS ($50,000.00), plus costs of this suit, which shall represent fair and just compensation.

POWER ROGERS & SMITH, P.C.

By: _____

Devon C. Bruce

POWER ROGERS & SMITH, P.C.
Devon C. Bruce
70 W. Madison Street, Suite 5500
Chicago, Illinois 60602
312\ 236-9381
Atty No.: 31444

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

DANIEL WILKE,

    Plaintiff

WALTER KIDDE PORTABLE EQUIPMENT,
INC. d/b/a KIDDE SAFETY

    Defendant.

NO. 03L 001211
CALENDAR B
PRODUCT LIABILITY

JURY DEMAND

## JURY DEMAND

Plaintiff hereby demands a trial by jury.

Respectfully Submitted,

POWER ROGERS & SMITH, P.C.

By: _____
Devon C. Bruce

Devon C. Bruce
POWER ROGERS & SMITH #31444
70 W. Madison Street, Suite 5500
Chicago, IL 60602
312-236-9381
Attorneys for Plaintiff

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| DANIEL WILKIE, <br> Plaintiff, <br> v. <br> WALTER KIDDE PORTABLE <br> EQUIPMENT, INC. d/b/a KIDDE <br> SAFETY, <br> Defendant. | ) <br> ) <br> ) No. 03 L 001211 <br> ) <br> ) <br> ) Judge Diane Larsen <br> ) <br> ) <br> ) |

### PLAINTIFF DANIEL WILKE'S STIPULATION AS TO AMOUNT IN CONTROVERSY

The undersigned, as attorney for Plaintiff, DANIEL WILKE, in the above-captioned case, and in response to request by Defendant, WALTER KIDDE PORTABLE EQUIPMENT, INC. d/b/a KIDDE EQUIPMENT, hereby stipulate and admit that the amount in controversy in the above captioned case exceeds $75,000.

DEVON C. BRUCE
Attorney for Plaintiff, DANIEL WILKE

SUBSCRIBED and SWORN to before
me this 27th day of February, 2003.

Notary Public

817657.1



UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DANIEL WILKIE, | ) | |
|     Plaintiff, | ) | No. |
| v. | ) | |
| | ) | Judge: |
| WALTER KIDDE PORTABLE | ) | |
| EQUIPMENT, INC. d/b/a KIDDE | ) | (Removal of Case No. 03 L 001211 filed in |
| SAFETY, | ) | the Circuit Court of Cook County, Law |
| | ) | Division) |
|     Defendant. | ) | |
| | ) | |

## AFFIDAVIT

BRIAN E. DEVILLING, after first being sworn upon oath, deposes and states that he is one of the attorneys for WALTER KIDDE PORTABLE EQUIPMENT, INC. d/b/a KIDDE SAFETY, and, pursuant to Local Rule 81.2 of the Northern District of Illinois, and on behalf of Defendant, WALTER KIDDE PORTABLE EQUIPMENT, INC. d/b/a KIDDE SAFETY, states that it is the good faith belief of the Defendant, WALTER KIDDE PORTABLE EQUIPMENT, INC. d/b/a KIDDE SAFETY, that the amount in controversy exceeds $75,000 in the above captioned case.

                                                                                                                                 /s/ BRIAN E. DEVILLING
                                                                                                                                 BRIAN E. DEVILLING
                                                                                                                                  CLAUSEN MILLER P.C.
                                                                                                                                  10 South LaSalle Street
                                                                                                                                  Chicago, Illinois 60603
                                                                                                                                  312/855-1010

*SUBSCRIBED and SWORN to before*

*me this 4th day of March, 2003.*

/s/ Rosanne Abraham
**Notary Public**

```
"OFFICIAL SEAL"
ROSANNE ABRAHAM
Notary Public, State of Illinois
My Commission expires 11/13/06
```

0698097.01                                                       - 6 -


EXHIBIT C

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was forwarded by United States mail to the following this 4th day of March, 2003:

Devon C. Bruce
Power, Rogers & Smith
70 W. Madison
Chicago, Illinois 60602
(312) 236-9381

The undersigned further certifies that a true and correct copy of the above and foregoing document will be filed with the Clerk of the Circuit Court of Cook County on this 4th day of March, 2003.

*SUBSCRIBED and SWORN to before*

*me this 4th day of March, 2003.*

_Rosanne Abraham_
**Notary Public**

"OFFICIAL SEAL"
ROSANNE ABRAHAM
Notary Public, State of Illinois
My Commission expires 11/13/06

815269.1

- 7 -

JS 44
(Rev. 11/95)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
DANIEL WILKE

**DEFENDANTS**
WALTER KIDDE PORTABLE EQUIPMENT
d/b/a KIDDE SAFETY

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**DOCKETED MAR 05 2003**

JUDGE CASTILLO
MAGISTRATE JUDGE MASON

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Devon C. Bruce
Power Rogers & Smith
70 W. Madison
Chicago IL 60602

03C 1578

ATTORNEYS (IF KNOWN)
Dominick W. Savaiano
Brian E. Devilling
Clausen Miller PC
10 S. LaSalle St. 1600
Chicago IL 60603

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury – Med. Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☒ 365 Personal Injury – Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| | | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | Habeas Corpus: | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS – Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | |
| | | ☐ 550 Civil Rights | | | |

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

28 USC 1332(a)

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See instructions):
JUDGE _____ DOCKET NUMBER _____

DATE 3-4-03
SIGNATURE OF ATTORNEY OF RECORD
Dominick W. Savaiano

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**In the Matter of**

DANIEL WILKE

v.

WALTER KIDDE PORTABLE
EQUIPMENT, INC. d/b/a KIDDE SAFETY

JUDGE CASTILLO



Case No. **03C 1578**

MAGISTRATE JUDGE MASON

DOCKETED MAR 0 5 2003

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

WALTER KIDDE PORTABLE EQUIPMENT, INC. d/b/a KIDDE SAFETY

| (A) | (B) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME Dominick W. Savaiano | NAME Brian E. Devilling |
| FIRM CLAUSEN MILLER P.C. | FIRM CLAUSEN MILLER P.C. |
| STREET ADDRESS 10 South LaSalle St. | STREET ADDRESS 10 South LaSalle St. |
| CITY/STATE/ZIP Chicago, Illinois 60603 | CITY/STATE/ZIP Chicago, Illinois 60603 |
| TELEPHONE NUMBER (312) 855-1010 | TELEPHONE NUMBER (312) 855-1010 |
| ID NUMBER (SEE ITEM 4 ON REVERSE) 6181611 | ID NUMBER (SEE ITEM 4 ON REVERSE) 6277371 |
| MEMBER OF TRIAL BAR? YES ☒ NO ☐ | MEMBER OF TRIAL BAR? YES ☐ NO ☒ |
| TRIAL ATTORNEY YES ☒ NO ☐ | TRIAL ATTORNEY YES ☐ NO ☒ |

| (C) | (D) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME | NAME |
| FIRM | FIRM |
| STREET ADDRESS | STREET ADDRESS |
| CITY/STATE/ZIP | CITY/STATE/ZIP |
| TELEPHONE NUMBER | TELEPHONE NUMBER |
| ID NUMBER (SEE ITEM 4 ON REVERSE) | ID NUMBER (SEE ITEM 4 ON REVERSE) |
| MEMBER OF TRIAL BAR? YES ☐ NO ☐ | MEMBER OF TRIAL BAR? YES ☐ NO ☐ |
| TRIAL ATTORNEY YES ☐ NO ☐ | TRIAL ATTORNEY YES ☐ NO ☐ |

FILED 03 MAR -4 AM 11:29 CLERK U.S. DISTRICT COURT

PLEASE COMPLETE IN ACCORDANCE WITH INSTRUCTIONS ON REVERSE

